

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

James Edward McAny, Appellant

No. 06-25-00001-CV      v.

XTO Energy Inc., et al., Appellees

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. 2024-363). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, James Edward McAny, pay all costs incurred by reason of this appeal.

RENDERED MARCH 11, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk